UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MERIDIAN HORIZON FUND, LP et al.,
                                    Plaintiffs,      Master File No.:

   -against-                                           09 Civ. 03708 (TPG)

TREMONT GROUP HOLDINGS, INC. ET AL.,
                                    Defendants.
------------------------------------------------------------ X

### NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending        ☐ I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:  Gregory G. Ballard

☒    Attorney

    ☒    I am a United States District Court, Southern District of New York attorney.
         My SDNY Bar Number is: GB-6073 ; My State Bar Number is: 2575397

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒    Law Firm/Government Agency Association

    From:    Howrey LLP

    To:    Sidley Austin LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    Address:    787 Seventh Avenue

                      New York, NY  10019

☒    Telephone No.:    212-839-5662

☒    Fax No.:    212-839-5599

☒    E-Mail Address:    gballard@sidley.com

Dated:

                                            ATTORNEY'S SIGNATURE