UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION

Master File No.:
08 Civ. 11117 (TPG)

------------------------------------------------------------ X

This Document Relates to: All Actions         X

------------------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending            ☐ I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:   Gary Bendinger

☒ Attorney

    ☒ I am a United States District Court, Southern District of New York attorney.
       My SDNY Bar Number is: GB-6728    ; My State Bar Number is: 4437703

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

    From:   Howrey LLP

    To:   Sidley Austin LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

☒ Address:   787 Seventh Avenue

               New York, NY  10019

☒ Telephone No.:   212-839-5387

☒ Fax No.:   212-839-5599

☒ E-Mail Address:   gbendinger@sidley.com

Dated:

ATTORNEY'S SIGNATURE