UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Meridian Horizon Fund, LP et al        Plaintiff,        09  C  3708       (   )

-against-

Tremont Group Holdings, LLC et al      Defendant.
-------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending         [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Steven E. Frankel**

[x] Attorney

  [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **SF0663**  ; My State Bar Number is: _____

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

  From: _____
  To: _____

  [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address:  **Friedman Kaplan Seiler & Adelman LLP**
              **1633 Broadway, New York, NY 10019**

[x] Telephone No.:  **212-833-1100**

[x] Fax No.:  **212-833-1250**

[x] E-Mail Address:  **sfrankel@fklaw.com**

Dated: _____                           _____
                                        ATTORNEY'S SIGNATURE